UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNNE BRAY,

     Plaintiff,

  v.

KING COUNTY, et al.,

     Defendants.

Case No. C06-1059JLR

TAXATION OF COSTS

  Costs in the above-entitled cause are hereby taxed against PLAINTIFF LYNNE BRAY and on behalf of DEFENDANTS in the unopposed amount of $1,689.50.

  Entered this   10th   day of AUGUST , 2007 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1